ROBERT WISNIEWSKI (RW-5308)
ROBERT WISNIEWSKI, P.C.
Attorneys for Plaintiffs
225 Broadway, Suite 1020
New York, NY 10007
(212) 267-2101

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

                                                                            Chapter 7

                                                                            Case No: 1-15-42762

ROBERT CAPALA


-------------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE PAPERS

    PLEASE TAKE NOTICE that, pursuant to Bankruptcy Code §1109(b) and Bankruptcy Rules 2002, 3017(a), 9007 and 9010, Robert Wisniewski P.C. appears *on behalf of*, the following creditors, Miroslaw Gortat, Henryk Bienkowski, Miroslaw Filipkowski, Artur Lapinski, Jan Swaltek, Artur Kosiorek and Henryk Stoklosa, as creditors and parties in interest herein, and requests that all notices given or required to be served in this case, be served upon the following parties at the following address, and that these parties be added to the mailing matrix in the captioned case:

Robert Wisniewski, Esq.
Robert Wisniewski P.C.
225 Broadway, Suite 1020
New York, NY 10007
Phone (212) 267-2101
Facsimile (212) 587-8115
Email: office@rwapc.com

    Further, pursuant to Bankruptcy Code §1109(b), the request set forth above includes the

notices and all other papers mentioned or described in Bankruptcy Rules 2002, 3017(a) and 9010(b) and the Bankruptcy Rule referenced or incorporated in Bankruptcy Rules 2002, 3017(a) and 9010(b) and also includes, without limiting the generality of the foregoing request, all plans or reorganization and disclosure statements and objections relating thereto, orders, pleadings, motions, applications, complaints, demands, hearings, requests for hearings, petitions, answers, replies, responses, memoranda and briefs in support of any of the foregoing and any other paper of document brought before or filed with the Court with respect to this case, whether formal or informal and whether filed, transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise.

This Notice of Appearance and Request for Service of Papers shall not be deemed or construed to be a waiver of the rights of the creditors.: (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy of proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdraw, or (4) or any other rights, claims, actions, setoffs, or recoupments to which Robert Wisniewski P.C. is or may be entitled, in law or in equity, all of which rights, claim, actions, defenses setoffs, and recoupments Robert Wisniewski P.C. expressly reserves.

Dated: New York, NY
September 8, 2015

                          Respectfully submitted,

                          Robert Wisniewski
                          ----------------/s/----------------
                          ROBERT WISNIEWSKI (RW-5308)