UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Robert Capala, Case No. 15-42762-nhl

Chapter 7

Debtor.
-------------------------------------------------------X

# WITHDRAWAL OF PROOF OF CLAIM

Creditor, Henryk Stoklosa, by his attorney Robert Wisniewski, Esq., hereby withdraws his Proof of Claim, filed on April 6, 2016, marked as claim number 11 on the Court's claims register, in the amount of $1,050,000.00.

Dated: New York, NY
June 6, 2019

/s/ Robert Wisniewski
Robert Wisniewski, P.C.
Attorney for Henryk Stoklosa
40 Wall Street, Suite 2833
New York, NY 10005
(212) 267-2101