# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

In re: CAPALA, ROBERT § Case No. 15-42762
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Debra Kramer, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $81,995.41        Assets Exempt: $228,420.21
*(without deducting any secured claims)*

Total Distribution to Claimants: $880,785.11    Claims Discharged
                                                Without Payment: $636,636.30

Total Expenses of Administration: $385,082.54

---

3) Total gross receipts of $ 1,415,448.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 150,000.00 (see **Exhibit 2**), yielded net receipts of $1,265,448.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $629,350.41 | $381,637.12 | $380,835.52 | $380,835.52 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 385,432.54 | 385,432.54 | 385,082.54 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,868,802.94 | 12,693,333.99 | 1,038,539.37 | 499,949.59 |
| **TOTAL DISBURSEMENTS** | $3,498,153.35 | $13,460,403.65 | $1,804,807.43 | $1,265,867.65 |

4) This case was originally filed under Chapter 7 on June 12, 2015. The case was pending for 68 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/21/2021          By: /s/Debra Kramer
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY | 1110-000 | 1,415,448.03 |
| **TOTAL GROSS RECEIPTS** | | **$1,415,448.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Robert Capala | Payment in full of claimed homestead exemption with respect to 214 Frost Street, Brooklyn, New York | 8100-002 | 150,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$150,000.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| CHASE1 | Chase | 4110-000 | N/A | 354,367.04 | 353,594.81 | 353,594.81 |
| CHASE2 | Chase | 4110-000 | N/A | 27,270.08 | 27,240.71 | 27,240.71 |
| NOTFILED | Chase | 4110-000 | 195,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 4110-000 | 433,850.41 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$629,350.41** | **$381,637.12** | **$380,835.52** | **$380,835.52** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Debra Kramer | 2100-000 | N/A | 61,213.44 | 61,213.44 | 61,213.44 |
| Trustee Expenses - Debra Kramer | 2200-000 | N/A | 220.00 | 220.00 | 220.00 |
| Clerk of the Court Costs (includes adversary and other filing fees) - Clerk | 2700-000 | N/A | 350.00 | 350.00 | 0.00 |
| Other - Robert W. Dremluk, Esq. | 3991-000 | N/A | 20,499.05 | 20,499.05 | 20,499.05 |
| Other - Rosen & Kantrow, PLLC f/k/a Rosen, Kantrow & Dillon, PLLC | 3220-000 | N/A | 1,457.55 | 1,457.55 | 1,457.55 |
| Other - Pro National Title Agency | 2500-000 | N/A | 506.00 | 506.00 | 506.00 |
| Other - Joseph A. Broderick, CPA | 3410-000 | N/A | 4,445.00 | 4,445.00 | 4,445.00 |
| Other - Rosen & Kantrow, PLLC f/k/a Rosen, Kantrow & Dillon, PLLC | 3220-000 | N/A | 350.00 | 350.00 | 350.00 |
| Other - Rosen & Kantrow, PLLC f/k/a Rosen, Kantrow & Dillon, PLLC | 3210-000 | N/A | 197,863.50 | 197,863.50 | 197,863.50 |
| Other - Corcoran Group | 3510-000 | N/A | 23,500.00 | 23,500.00 | 23,500.00 |
| Other - MYC & Associates, Inc. | 3520-000 | N/A | 4,128.00 | 4,128.00 | 4,128.00 |
| Other - MYC & Associates, Inc. | 3510-000 | N/A | 70,500.00 | 70,500.00 | 70,500.00 |
| Other - Edward Hughes | 2500-000 | N/A | 400.00 | 400.00 | 400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $385,432.54 | $385,432.54 | $385,082.54 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Zimmet Bieber, LLP | 7100-000 | 14,000.00 | 14,912.10 | 14,912.10 | 7,175.51 |
| 2 | American Express Bank, FSB | 7100-000 | 37,978.03 | 54,425.03 | 54,425.03 | 26,188.63 |
| 3 | Robert Wisniewski, Esq. | 7100-000 | N/A | 1,050,000.00 | 0.00 | 0.00 |
| 3 -2 | Robert Wisniewski, Esq. | 7100-000 | N/A | 730,007.00 | 0.00 | 0.00 |
| 3 -3 | Robert Wisniewski, P.C. | 7100-000 | N/A | 636,786.21 | 636,786.21 | 306,413.39 |
| 4 | Miroslaw Gortat | 7100-000 | N/A | 1,050,000.00 | 0.00 | 0.00 |
| 5 | Henryk Bienkowski | 7100-000 | 293,212.41 | 1,050,000.00 | 0.00 | 0.00 |
| 5 -2 | Henryk Bienkowski | 7100-000 | N/A | 95,747.59 | 0.00 | 0.00 |
| 5 -3 | Henryk Bienkowski | 7100-000 | N/A | 81,451.82 | 81,451.82 | 39,193.58 |
| 6 | Jan Swaltek | 7100-000 | 293,212.41 | 1,050,000.00 | 0.00 | 0.00 |
| 6 -2 | Jan Swaltek | 7100-000 | N/A | 37,533.26 | 0.00 | 0.00 |
| 6 -3 | Jan Swaltek | 7100-000 | N/A | 31,926.19 | 31,926.19 | 15,362.48 |
| 7 | Artur Lapinski | 7100-000 | 293,212.41 | 1,050,000.00 | 0.00 | 0.00 |
| 7 -2 | Artur Lapinski | 7100-000 | N/A | 18,704.16 | 0.00 | 0.00 |
| 7 -3 | Artur Lapinski | 7100-000 | N/A | 15,907.71 | 15,907.71 | 7,654.59 |
| 8 | Miroslaw Filipkowski | 7100-000 | 293,212.43 | 1,050,000.00 | 0.00 | 0.00 |
| 8 -2 | Miroslaw Filipkowski | 7100-000 | N/A | 91,547.89 | 0.00 | 0.00 |
| 8 -3 | Miroslaw Filipkowski | 7100-000 | N/A | 77,879.89 | 77,879.89 | 37,474.81 |
| 9 | Artur Kosiorek | 7100-000 | 293,212.41 | 1,050,000.00 | 0.00 | 0.00 |
| 9 -2 | Artur Kosiorek | 7100-000 | N/A | 1,029.06 | 0.00 | 0.00 |
| 9 -3 | Artur Kosiorek | 7100-000 | N/A | 872.06 | 872.06 | 419.62 |
| 10 | Miroslaw Gortat | 7100-000 | N/A | 1,050,000.00 | 0.00 | 0.00 |
| 11 | Henryk Stoklosa | 7100-000 | 293,212.41 | 1,050,000.00 | 0.00 | 0.00 |
| 12 | Philip Orner, C.P.A. and Attorney at Law | 7100-000 | 83,713.00 | 83,713.00 | 0.00 | 0.00 |
| 12 -2 | Philip Orner, C.P.A. and Attorney at Law | 7100-000 | N/A | 41,856.00 | 41,856.00 | 20,140.57 |
| 13 | Robert Wisniewski P.C. | 7200-000 | 582,578.50 | 1,050,000.00 | 0.00 | 0.00 |
| 14 | Miroslaw Gortat | 7100-000 | N/A | 47,339.65 | 0.00 | 0.00 |
| 14 -2 | Miroslaw Gortat | 7100-000 | 293,212.41 | 40,270.21 | 40,270.21 | 19,377.51 |
| 15 | Common Class Fund | 7100-000 | N/A | 49,173.01 | 0.00 | 0.00 |
| 15 -2 | Common Class Fund | 7100-000 | N/A | 41,832.53 | 41,832.53 | 20,129.28 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Slate/chase | 7100-000 | 638.42 | N/A | N/A | 0.00 |
| NOTFILED | ink/Chase | 7100-000 | 1,856.20 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 95,467.54 | N/A | N/A | 0.00 |
| NOTFILED | Polish Slavic FCU | 7100-000 | 84.36 | N/A | N/A | 0.00 |
| | Clerk of the Court | 7100-000 | N/A | 419.62 | 419.62 | 419.62 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $2,868,802.94 | $12,693,333.99 | $1,038,539.37 | $499,949.59 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-42762  
**Case Name:** CAPALA, ROBERT  

**Period Ending:** 01/21/21

**Trustee:** (521380) Debra Kramer  
**Filed (f) or Converted (c):** 06/12/15 (f)  
**§341(a) Meeting Date:** 07/16/15  
**Claims Bar Date:** 04/28/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 REAL PROPERTY  Debtor's homestead Real property and improvements Location: 214 Frost Street, Brooklyn NY 11211.  Tenants by the entirety.  The debtor listed the value of his interest in the real property in the amount of $461,500 on schedule A, and the value of the entire real property as $923,000 on Schedule C. | 461,500.00 | 0.00 | | 1,415,448.03 | FA |
| 2 JP Morgan Chase-checking account  Imported from original petition Doc# 16 | 1,500.00 | 400.00 | | 0.00 | FA |
| 3 Various goods and furnishings  Various goods and furnishings Location: 214 Frost Street, Brooklyn, NY 11211 Imported from original petition Doc# 16 | 2,500.00 | 0.00 | | 0.00 | FA |
| 4 Personal items-some books, photos  Personal items-some books, photos.  Location: 214 Frost Street, Brooklyn, NY 11211 Location: 214 Frost Street, Brooklyn, NY 11211 Imported from original petition Doc# 16 | 500.00 | 0.00 | | 0.00 | FA |
| 5 Clothing, shoes, outerwear  Clothing, shoes, outerwear Location: 214 Frost Street, Brooklyn NY 11211 Imported from original petition Doc# 16 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 Watch  Watch Location: 214 Frost Street, Brooklyn NY 11211 Imported from original petition Doc# 16 | 250.00 | 0.00 | | 0.00 | FA |
| 7 Life insurance at AIG-cash value  Imported from original petition Doc# 16 | 183.00 | 0.00 | | 0.00 | FA |
| 8 US Life, IRA  Imported from original petition Doc# 16 | 68,071.37 | 0.00 | | 0.00 | FA |
| 9 IRA maintained at Citibank  Imported from original petition Doc# 16 | 4,154.04 | 0.00 | | 0.00 | FA |
| 10 IRA maintained at JP Morgan Securites LLC  Imported from original petition Doc# 16 | 3,837.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 15-42762  
**Case Name:** CAPALA, ROBERT  

**Period Ending:** 01/21/21

**Trustee:** (521380) Debra Kramer  
**Filed (f) or Converted (c):** 06/12/15 (f)  
**§341(a) Meeting Date:** 07/16/15  
**Claims Bar Date:** 04/28/16

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | STOCK AND BUSINESS INTERESTS<br>One half interest in "Capala Brothers, Inc." non-operating, New York corporation<br>Imported from original petition Doc# 16 | Unknown | 0.00 | | 0.00 | FA |
| 12 | Potential Avoidance Claims (u)<br>See Kramer v. Capala, et al. commenced in the United     States District Court for the Eastern District of New York, under case number 17-cv-03420-ILG-SMG.   Please see Asset 1.  A default judgment was entered in the action, which resulted in the sale of the real property. | Unknown | 0.00 | | 0.00 | 0.00 |
| **12** | **Assets    Totals** (Excluding unknown values) | **$543,495.41** | **$400.00** | | **$1,415,448.03** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    December 31, 2017        **Current Projected Date Of Final Report (TFR):**    September 13, 2019  (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42762  
**Case Name:** CAPALA, ROBERT  

**Taxpayer ID #:** **-***4182  
**Period Ending:** 01/21/21  

**Trustee:** Debra Kramer (521380)  
**Bank Name:** Mechanics Bank  
**Account:** ******9466 - Earnst Money Deposit-Toal  
**Blanket Bond:** $42,742,595.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/20/19 | {1} | Allomong and Associates | Ernst money deposit re: purchase of 214 Frost Street, Brooklyn, New York | 1110-000 | 225,000.00 | | 225,000.00 |
| 04/05/19 | {1} | Allomong & Associates, P.C. | Additional earnst money deposit re: purchase of 214 Frost St., Brooklyn, NY | 1110-000 | 10,000.00 | | 235,000.00 |
| 05/24/19 | | To Account #******9467 | Sale approved by Bankruptcy Court Order | 9999-000 | | 235,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **235,000.00** | **235,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 235,000.00 | |
| | | | **Subtotal** | | **235,000.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$235,000.00** | **$0.00** | |

{} Asset reference(s)

Printed: 01/21/2021 11:40 AM    V.20.29

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-42762  
**Case Name:** CAPALA, ROBERT  

**Taxpayer ID #:** **-***4182  
**Period Ending:** 01/21/21  

**Trustee:** Debra Kramer (521380)  
**Bank Name:** Mechanics Bank  
**Account:** ******9467 - Estate Account  
**Blanket Bond:** $42,742,595.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/24/19 | {1} | Allomong & Associates | Portion of balance of proceeds of sale estate's 50% interest in 214 Frost Street, Bklyn, NY | 1110-000 | 625,556.43 | | 625,556.43 |
| 05/24/19 | {1} | WLK-Master Escrow Account | Balance of proceeds of sale of estate's 50% interest in real proeprty located at 214 Frost Street, Brooklyn, NY | 1110-000 | 554,891.60 | | 1,180,448.03 |
| 05/24/19 | | From Account #******9466 | Sale approved by Bankruptcy Court Order | 9999-000 | 235,000.00 | | 1,415,448.03 |
| 06/04/19 | 101 | Chase | Payment pursuant to Bankruptcy Court Order. Mortgage Account No.: 1709034721; 214 Frost St., Brooklyn, NY 11211 | 4110-000 | | 354,367.04 | 1,061,080.99 |
| 06/04/19 | 102 | Chase | Payment pursuant to Bankruptcy Court Order. Mortgage Account No.: 4400727878; 214 Frost St., Brooklyn, NY 11211 | 4110-000 | | 27,270.08 | 1,033,810.91 |
| 06/04/19 | 103 | Pro National Title Agency | Payment of Recording Fees ($356.00) and ACRIS Preparation Fees ($150.00) pursuant to Bankruptcy Court Order | 2500-000 | | 506.00 | 1,033,304.91 |
| 06/04/19 | 104 | Edward Hughes | Payment pursuant to Bankruptcy Court Order | 2500-000 | | 400.00 | 1,032,904.91 |
| 06/20/19 | | JPMorgan Chase Bank, N.A. | Refund of overpayment of mortgage - loan #4400727878 | 4110-000 | | -29.37 | 1,032,934.28 |
| 06/20/19 | | JPMorgan Chase Bank, N.A. | Refund of overpayment of mortgage balance - loan # 1709034721 | 4110-000 | | -772.23 | 1,033,706.51 |
| 06/27/19 | 105 | Robert Capala | Payment in full of claimed homestead exemption with respect to 214 Frost Street, Brooklyn, New York | 8100-002 | | 150,000.00 | 883,706.51 |
| 07/16/19 | 106 | MYC & Associates, Inc. | Payment in full of awarded commissions pursuant to Bankruptcy Court Order dated July 12, 2019 | 3510-000 | | 70,500.00 | 813,206.51 |
| 07/16/19 | 107 | Corcoran Group | Payment in full of awarded commissions pursuant to Bankruptcy Court Order dated July 12, 2019 | 3510-000 | | 23,500.00 | 789,706.51 |
| 12/13/19 | 108 | Debra Kramer | Dividend paid 100.00% on $61,213.44, Trustee Compensation;  Reference: | 2100-000 | | 61,213.44 | 728,493.07 |
| 12/13/19 | 109 | Debra Kramer | Dividend paid 100.00% on $220.00, Trustee Expenses;  Reference: | 2200-000 | | 220.00 | 728,273.07 |
| 12/13/19 | 110 | Clerk of the Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: Voided on 01/09/20 | 2700-000 | | 350.00 | 727,923.07 |
| 12/13/19 | 111 | Robert W. Dremluk, Esq. | Dividend paid 100.00% on $20,499.05, Other Professional Fees;  Reference: | 3991-000 | | 20,499.05 | 707,424.02 |

Subtotals :    $1,415,448.03    $708,024.01

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 15-42762  
**Case Name:** CAPALA, ROBERT  

**Taxpayer ID #:** **-***4182  
**Period Ending:** 01/21/21  

**Trustee:** Debra Kramer (521380)  
**Bank Name:** Mechanics Bank  
**Account:** ******9467 - Estate Account  
**Blanket Bond:** $42,742,595.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 5<br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | 8<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Stopped on 12/31/19 | | | | |
| 12/13/19 | 112 | Rosen & Kantrow, PLLC f/k/a Rosen, Kantrow & Dillon, PLLC | Dividend paid 100.00% on $1,457.55, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 1,457.55 | 705,966.47 |
| 12/13/19 | 113 | Joseph A. Broderick, CPA | Dividend paid 100.00% on $4,445.00, Accountant for Trustee Fees (Other Firm); Reference:<br>Voided on 12/13/19 | 3410-000 | | 4,445.00 | 701,521.47 |
| 12/13/19 | 113 | Joseph A. Broderick, CPA | Dividend paid 100.00% on $4,445.00, Accountant for Trustee Fees (Other Firm); Reference:<br>Voided: check issued on 12/13/19 | 3410-000 | | -4,445.00 | 705,966.47 |
| 12/13/19 | 114 | Rosen & Kantrow, PLLC f/k/a Rosen, Kantrow & Dillon, PLLC | Dividend paid 100.00% on $197,863.50, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 197,863.50 | 508,102.97 |
| 12/13/19 | 115 | MYC & Associates, Inc. | Dividend paid 100.00% on $4,128.00, Realtor for Trustee Expenses;  Reference: | 3520-000 | | 4,128.00 | 503,974.97 |
| 12/13/19 | 116 | Zimmet Bieber, LLP | Dividend paid  48.11% on $14,912.10; Claim# 1; Filed: $14,912.10; Reference: | 7100-000 | | 7,175.51 | 496,799.46 |
| 12/13/19 | 117 | American Express Bank, FSB | Dividend paid  48.11% on $54,425.03; Claim# 2; Filed: $54,425.03; Reference: | 7100-000 | | 26,188.63 | 470,610.83 |
| 12/13/19 | 118 | Robert Wisniewski, P.C. | Dividend paid  48.11% on $636,786.21; Claim# 3 -3; Filed: $636,786.21; Reference: | 7100-000 | | 306,413.39 | 164,197.44 |
| 12/13/19 | 119 | Henryk Bienkowski | Dividend paid  48.11% on $81,451.82; Claim# 5 -3; Filed: $81,451.82; Reference: | 7100-000 | | 39,193.58 | 125,003.86 |
| 12/13/19 | 120 | Jan Swaltek | Dividend paid  48.11% on $31,926.19; Claim# 6 -3; Filed: $31,926.19; Reference: | 7100-000 | | 15,362.48 | 109,641.38 |
| 12/13/19 | 121 | Artur Lapinski | Dividend paid  48.11% on $15,907.71; Claim# 7 -3; Filed: $15,907.71; Reference: | 7100-000 | | 7,654.59 | 101,986.79 |
| 12/13/19 | 122 | Miroslaw Filipkowski | Dividend paid  48.11% on $77,879.89; Claim# 8 -3; Filed: $77,879.89; Reference: | 7100-000 | | 37,474.81 | 64,511.98 |
| 12/13/19 | 123 | Artur Kosiorek | Dividend paid  48.11% on $872.06; Claim# 9 -3; Filed: $872.06; Reference:<br>Stopped on 03/17/20 | 7100-000 | | 419.62 | 64,092.36 |
| 12/13/19 | 124 | Philip Orner, C.P.A. and Attorney at Law | Dividend paid  48.11% on $41,856.00; Claim# 12 -2; Filed: $41,856.00; Reference: | 7100-000 | | 20,140.57 | 43,951.79 |
| 12/13/19 | 125 | Miroslaw Gortat | Dividend paid  48.11% on $40,270.21; Claim# 14 -2; Filed: $40,270.21; Reference: | 7100-000 | | 19,377.51 | 24,574.28 |
| 12/13/19 | 126 | Common Class Fund | Dividend paid  48.11% on $41,832.53; Claim# 15 -2; Filed: $41,832.53; Reference: | 7100-000 | | 20,129.28 | 4,445.00 |

Subtotals :         $0.00         $702,979.02

{} Asset reference(s)                                   Printed: 01/21/2021 11:40 AM    V.20.29

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| **Case Number:** | 15-42762 | | **Trustee:** | Debra Kramer (521380) |
| **Case Name:** | CAPALA, ROBERT | | **Bank Name:** | Mechanics Bank |
| | | | **Account:** | ******9467 - Estate Account |
| **Taxpayer ID #:** | **-***4182 | | **Blanket Bond:** | $42,742,595.00 (per case limit) |
| **Period Ending:** | 01/21/21 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/13/19 | 127 | Joseph A. Broderick, P.C. | Dividend paid 100.00% on $4,445.00, Accountant for Trustee Fees (Other Firm); Reference | 3410-000 | | 4,445.00 | 0.00 |
| 12/31/19 | 111 | Robert W. Dremluk, Esq. | Dividend paid 100.00% on $20,499.05, Other Professional Fees; Reference: Stopped: check issued on 12/13/19 | 3991-000 | | -20,499.05 | 20,499.05 |
| 01/09/20 | 110 | Clerk of the Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: Voided: check issued on 12/13/19 | 2700-000 | | -350.00 | 20,849.05 |
| 01/16/20 | 128 | Robert W. Dremluk, Esq. | Dividend paid 100.00% on $20,499.05; Other Professional Fees: Reference Voided on 01/16/20 | 3991-000 | | 20,499.05 | 350.00 |
| 01/16/20 | 128 | Robert W. Dremluk, Esq. | Dividend paid 100.00% on $20,499.05; Other Professional Fees: Reference Voided: check issued on 01/16/20 | 3991-000 | | -20,499.05 | 20,849.05 |
| 01/16/20 | 129 | Culhane Meadows PLLC | Dividend paid 100.00% on $20,499.05; Other Professional Fees: Reference | 3991-000 | | 20,499.05 | 350.00 |
| 03/17/20 | 123 | Artur Kosiorek | Dividend paid 48.11% on $872.06; Claim# 9-3; Filed: $872.06; Reference: Stopped: check issued on 12/13/19 | 7100-000 | | -419.62 | 769.62 |
| 12/08/20 | 130 | Rosen & Kantrow, PLLC f/k/a Rosen, Kantrow & Dillon, PLLC | Payment of allowed additional expense pursuant to Order Awarding Supplemental Final Fee Application, dated December 2, 2020 | 3220-000 | | 350.00 | 419.62 |
| 12/08/20 | 131 | Clerk of the Court | Turnover of unclaimed distribution payment to Artur Kosiorek with respect to Claim 9-3 | 7100-000 | | 419.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,415,448.03 | 1,415,448.03 | $0.00 |
| | | | Less: Bank Transfers | | 235,000.00 | 0.00 | |
| | | | **Subtotal** | | 1,180,448.03 | 1,415,448.03 | |
| | | | Less: Payments to Debtors | | | 150,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,180,448.03** | **$1,265,448.03** | |

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 15-42762  
**Case Name:** CAPALA, ROBERT

**Taxpayer ID #:** **-***4182  
**Period Ending:** 01/21/21

**Trustee:** Debra Kramer (521380)  
**Bank Name:** Mechanics Bank  
**Account:** ******9467 - Estate Account  
**Blanket Bond:** $42,742,595.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts : 1,415,448.03  
Less Payments to Debtor : 150,000.00  
─────────────  
Net Estate : $1,265,448.03

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9466** | 235,000.00 | 0.00 | 0.00 |
| **Checking # ******9467** | 1,180,448.03 | 1,265,448.03 | 0.00 |
| | $1,415,448.03 | $1,265,448.03 | $0.00 |