| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Robert Capala | Social Security number or ITIN xxx–xx–0689 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of New York | |
| Case number: | 1–15–42762–nhl | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Debra Kramer (Trustee) is discharged as trustee of the estate of the above−named debtor(s).

- The Chapter 7 case of the above−named debtor(s) is closed.

s/ Nancy Hershey Lord<br>
United States Bankruptcy Judge

Dated: September 7, 2022

**BLfnld7** [Final Decree 7 rev 12/01/15]